AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

MAURICE PATRICK,

                Plaintiff,

                v.

CITY OF PASCO,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-5050-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is dismissed with prejudice pursuant to the Order of Dismissal entered on May 14, 2010, Ct Rec 6.

| | |
|---|---|
| May 14, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |